530

UNITED STATES of America,
Plaintiff–Appellee,

v.

Brittany SIMONS, Defendant–
Appellant.

No. 12–6455.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Brittany Simons, Appellant Pro Se. James Chris Leventis, Jr., Office of the United States Attorney, Mark C. Moore, Stanley Duane Ragsdale, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany Simons appeals the district court's order denying her motion seeking a reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error, given that Simons is ineligible for the reduction that she seeks. Accordingly, we affirm the judgment of the district court. *United States v. Simons,* No. 3:08–cr01057–CMC–

6 (D.S.C. Feb. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*